FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Binil Nambiyathu ) | | |
| A 96 781 056 ) | | |
| ) | | |
| and ) | | |
| ) | | **08 C 1247** |
| Marisol Nambiyathu ) | | |
| ) | | |
| Plaintiffs, ) | No. | **JUDGE DOW** |
| ) | | **MAGISTRATE JUDGE COX** |
| v. ) | | |
| ) | | |
| Michael Chertoff, Secretary of ) | | |
| U.S. Department of Homeland Security; ) | | |
| Donald Ferguson, United States Citizenship ) | | |
| & Immigration Service, Chicago District Director; ) | | |
| Michael B. Mukasey, U.S. Attorney General; ) | | |
| and the United States of America. ) | | |
| ) | | |
| Defendants. ) | | |

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COME the Plaintiffs Binil Nambiyathu and Marisol Nambiyathu ("Binil" and "Marisol"), by and through their attorneys, the AzulaySeiden Law Group, and complain as follows:

### INTRODUCTION

1.  This complaint is brought to compel action on Marisol's properly filed Petition for Alien Relative ("Form I-130") and Binil's properly filed Application for Lawful Permanent Resident Status ("Form I-485") with the United States Citizenship & Immigration Services ("USCIS" or "the Service") in Chicago, Illinois. To Binil's and Marisol's detriment, Defendants have failed to adjudicate the applications.

## PARTIES

2. Binil is a native and citizen of India, who entered the United States on November 30, 2003 on a valid P-3 visa.

3. Binil was married to Marisol, a U.S. citizen, on November 2, 2005 in Cook County, Illinois.

4. On May 8, 2006, Marisol filed Form I-130 on Binil's behalf and Binil concurrently filed Form I-485.  Both applications remain pending with USCIS in Chicago, Illinois.

5. Defendant Michael CHERTOFF ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only.  Chertoff is responsible for adjudication of Binil's and Marisol's applications pursuant to 8 U.S.C. §1225.

6. Defendant Donald FERGUSON ("Ferguson"), the District Director of Chicago USCIS, is being sued in his official capacity only.  Ferguson is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

7. Defendant, Michael B. Mukasey ("Mukasey"), is the Attorney General of the United States and is being sued in his official capacity only.  Mukasey is responsible for the adjudication of Binil's and Marisol's applications pursuant to 8 U.S.C. §1225.

## JURISDICTION

8. This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty.  28 U.S.C. §1331; 28 U.S.C. §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201-2202.  Relief is requested pursuant to said statutes.

9. This action is brought to compel the Defendants, officers and an agency of the United States, to perform the duties arising under the law of the United States.

10. This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong. 5 U.S.C. §702.

11. This action invokes Binil's and Marisol's right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction. 28 U.S.C. §1331

12. Federal courts retain jurisdiction over adjudication matters when the INS (now USCIS) refuses to adjudicate their applications. *Iddir v. INS*, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

13. The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Binil and Marisol are not seeking a review of a denial; they are seeking to have their applications adjudicated, which is among the duties conferred upon the Defendants by Congress. *Id.* at 1256.

## VENUE

14. Venue is proper in this court pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Binil's and Marisol's claim occurred.

15. Marisol's Form I-130 and Binil's Form I-485 were properly filed and, to their knowledge, remain pending with the Chicago USCIS District Director.

**EXHAUSTION OF REMEDIES**

16. Binil and Marisol have exhausted all administrative remedies.  Binil and Marisol have made numerous inquiries concerning the status of their applications and Defendants have failed to properly respond.

**CAUSE OF ACTION**

16.   Binil is a native and citizen of India, who entered the United States on November 30, 2003 on a valid P-3 visa.  **See Exhibits 1 and 2**.

17.  Marisol is a U.S. citizen who was born on February 21, 1982 in Los Angeles, California.  **See Exhibit 3**.

18.  On November 2, 2005, Binil and Marisol were married in Cook County, Illinois.  **See Exhibit 4**.

19.  On May 8, 2006, Marisol filed Form I-130 on Binil's behalf based on their marriage and Binil concurrently filed Form I-485.  **See Exhibits 5 and 6**.

20.  Binil received his biometrics appointment notice from the Application Support Center in May of 2006 and appeared for fingerprinting on May 30, 2006.  **See Exhibit 7**.

21.  On September 7, 2006, Binil and Marisol appeared for their initial interview; however, the reviewing USCIS officer did not issue a decision at that time.  **See Exhibit 8**.

22.  On August 20, 2007, Binil and Marisol sent an inquiry to USCIS regarding the status of their case, as a period of over one year had surpassed since their interview and a decision had not been rendered.  **See Exhibit 9**.  As part of the inquiry, Binil and Marisol also provided the Service with additional documentation establishing the validity of their marriage.  **Id**.  A response was not received in connection to this inquiry.

4

23. On October 12, 2007, Binil and Marisol submitted a second inquiry to USCIS regarding the status of their pending applications. **See Exhibit 10**. The Service issued a response on February 21, 2007, indicating that the case was under further review and to await 90 days before resubmitting an inquiry. **See Exhibit 11**.

24. Binil's and Marisol's applications have been pending for approximately one year and eight months and throughout that time numerous inquires have been made with the USCIS.

25. Binil and Marisol have been greatly damaged by the failure of the Defendants to act in accord with their duties under law. Binil and Marisol have meritorious applications which cannot be adjudicated because of Defendants' refusal to do so.

26. The Defendants delay in the processing of Binil's and Marisol's applications has further deprived them of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

27. The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Binil's and Marisol's applications and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to their case.

28. Binil and Marisol have made numerous status inquiries in the attempt to secure adjudication of their applications, to no avail. Accordingly, Binil and Marisol have been forced to pursue the instant action.

## PRAYER

WHEREFORE, Binil and Marisol request that this Honorable Court enter an order:

(a) Requiring Defendants to adjudicate Marisol's Petition for Alien Relative (Form I-130);

(b) Requiring Defendants to adjudicate Binil's Application for Lawful Permanent Resident Status (Form I-485);

(c) Awarding Binil and Marisol reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(d) Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,

s/REBECCA M. WHITING
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiffs
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076

NOTICE OF FILING

TO:

| | |
|---|---|
| US Attorney General<br>Michael B. Mukasey<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>**Via Certified Mail** | District Director, USCIS<br>Donald Ferguson<br>101 West Congress Pkwy.<br>Chicago, IL 60605<br>**Via Certified Mail** |
| United States Attorney<br>219 South Dearborn, 5th Fl.<br>Chicago, IL 60604<br>**Via Certified Mail** | Office of General Counsel<br>Michael Chertoff<br>U.S. Dept. of Homeland Security<br>Washington, D.C. 20528<br>**Via Certified Mail** |

PLEASE TAKE NOTICE that on February 29, 2008, Plaintiffs electronically filed with the United States District Court for the Northern District of Illinois, their Complaint for Writ of Mandamus.

<u>s/REBECCA M. WHITING</u>
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiffs
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076