



**08 C 1247**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

EXHIBIT 1