Departure Number

4153269000 06

Immigration and
Naturalization Service

I-94
Departure Record

NOV 30 2003

CLASS
UNTIL DEC 29 2003

14. Family Name
NAMBIATHU

15. First (Given) Name
BINIL

16. Birth Date (Day/Mo/Yr)
08 04 73

17. Country of Citizenship
INDIA

**08 C 1247**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.
**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.
**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

Port:                                            Departure Record
Date:
Carrier:
Flight #/Ship Name:

EXHIBIT 2