**STATE OF CALIFORNIA**
**CERTIFICATION OF VITAL RECORD**

COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

**08 C 1247**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

| | | | |
|---|---|---|---|
| 104 – STATE BIRTH CERTIFICATE NUMBER | CERTIFICATE OF LIVE BIRTH STATE OF CALIFORNIA | 0190-044861 LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER | |

**THIS CHILD**
1A. NAME OF CHILD—FIRST: MARISOL
1B. MIDDLE:
1C. LAST: GONZALEZ
2. SEX: FEMALE
3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE
3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.:
4A. DATE OF BIRTH—MONTH, DAY, YEAR: FEBRUARY 21, 1982
4B. HOUR—(24 HOUR CLOCK TIME): 0213

**PLACE OF BIRTH**
5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY: Los Angeles County - USC Medical Center
5B. STREET ADDRESS: 1200 North State Street
5C. CITY OR TOWN: Los Angeles
5D. COUNTY: Los Angeles County

**FATHER OF CHILD**
6A. NAME OF FATHER—FIRST: JUVENAL
6B. MIDDLE:
6C. LAST: GONZALEZ
7. STATE OF BIRTH: MEXICO
8. AGE OF FATHER: 37

**MOTHER OF CHILD**
9A. NAME OF MOTHER—FIRST: OLGA
9B. MIDDLE: I.
9C. LAST (BIRTH NAME): GONZALEZ
10. STATE OF BIRTH: MEXICO
11. AGE OF MOTHER: 26

**PARENT'S CERTIFICATION**
I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
12A. PARENT OR OTHER INFORMANT—SIGNATURE
12B. RELATIONSHIP TO CHILD: MOTHER
12C. DATE SIGNED: 2/22/82

**ATTENDANT'S CERTIFICATION**
I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED
13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE—DEGREE OR TITLE: Carol McCandless MD
13B. LICENSE NUMBER: INTERN
13C. DATE SIGNED: 2/21/82
13D. TYPED NAME AND ADDRESS: CAROL Mc CANDLESS 1200 NORTH STATE STREET

**LOCAL REGISTRAR**
15. DEATH—ENTER DATE OF DEATH:
16. LOCAL REGISTRAR—SIGNATURE
17. DATE ACCEPTED FOR REGISTRATION: JUN 1 1982


EXHIBIT 3

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

SEP 2 4 2004