

# CERTIFICATION OF VITAL RECORDS

## COUNTY OF COOK
### STATE OF ILLINOIS
## OFFICE OF THE COUNTY CLERK
## DAVID ORR
### CERTIFICATION OF MARRIAGE

LICENSE NUMBER: 0531756-0

B E T W E E N

GROOM'S NAME: BINIL　　　　NAMBIYATHU
　　AGE: 32

A N D

BRIDE'S NAME: MARISOL　　　　GONZALEZ
　　AGE: 23

O N

DATE OF MARRIAGE: NOVEMBER 02, 2005

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

I N　A

CIVIL　　　　CEREMONY

B Y

NAME: JOHN T. DOODY, JR.
OFFICIATE TITLE: JUDGE

A T

PLACE OF MARRIAGE: CHICAGO, ILLINOIS

DATE RECORDED: NOVEMBER 02, 2005
APPLICATION DATE: OCTOBER 28, 2005

0980614

This is to certify that this is a true and correct abstract from the official record filed with the office of the Cook County Clerk.

ISSUED AT: COUNTY BUILDING
　　　　　　CHICAGO, ILLINOIS 60602-1304
11/03/2005　　09:02

*David D. Orr*
DAVID D. ORR
COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature　CL81

**08 C 1247**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**


