# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-216-16548 | Case Type: I-130 - Petition for Alien Relative | |
|---|---|---|
| Received Date: May 03, 2006 | Priority Date: | Petitioner: NAMBIYATHU, MARISOL |
| Notice Date: May 08, 2006 | Page 1 OF 1 | Beneficiary: NAMBIYATHU, BINIL |

| | Notice Type: Receipt Notice |
|---|---|
| | Amount Received: |

**08 C 1247**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5182516    0003304545

**EXHIBIT 5**