Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

### THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER MSC0621616545 | MSC0621616549 | NOTICE DATE 5/17/2006 |
|---|---|---|---|
| CASE TYPE I485 I765 | SOCIAL SECURITY NUMBER | USCIS A# A096781056 | CODE 3 |
| | TCR | SERVICE CENTER MSC | PAGE 1 of 1 |

**08 C 1247**
**JUDGE DOW**
**MAGISTRATE JUDGE COX**

BINIL NAMBIYATHU

BIOMETRICS
ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY:
_____ ON _____
TENPRINTS QA REVIEW BY:
_____ ON _____

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PULASKI 5160 S. PULASKI AVE SUPER MALL, SPACE 101 CHICAGO, IL 60632 | 05/30/2006 1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS PULASKI, 5160 S. PULASKI AVE, SUPER MALL, SPACE 101, CHICAGO, IL 60632

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| I485   -  MSC0621616545 | I765   -  MSC0621616549 |

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined interfere with taking your biometrics.*

**EXHIBIT 7**