Attorney at Law

August 20, 2007

VIA FEDERAL EXPRESS



U.S. Citizenship and Immigration Services
Attn: FBASI
427 S. LaSalle – 3rd Floor
Chicago, IL 60605-1098

RE: MSC0621616545

**08 C 1247**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

RE:  I-130 Petition for Alien Relative; I-485 Application to Register Permanent Resident or Adjust Status; I-864 Affidavit of Support; I-765 Application for Employment Authorization for Binil Nambiyathu ("Beneficiary/Applicant") and Mausi Nambiyathu ("Petitioner")

Dear Sir/Madam:

We are writing to follow up on the status of this file. I appeared along with Petitioner and Beneficiary on September 07, 2006 at USCIS for their adjustment interview. At that time, the immigration officer did not provide my clients with a decision. My clients have been waiting patiently. Almost a year has passed and there has been no communication from your office. Since that time, Mr. and Mrs. Nambiyathu have provided me with additional documentation which we wish to submit for their case file. <u>Most significantly, Mrs. Nambiyathu is now approximately two months (2) months pregnant.</u> Given that the Mrs. Nambiyathu is the U.S. Petitioner, she is concerned that her husband's adjustment has not been adjudicated. She will suffer significant hardship if her husband's application is not approved given that his income and his physical presence is necessary to support the family and the new baby to come.

Additional documentation enclosed is as follows:

1) Copies of medical papers regarding pregnancy and ultrasound;
2) Copies of Six (6) signed affidavits from friends and family in support of Petitioner and Beneficiary;
3) Copies of 2006 Income tax return with attachments;
4) Copy of Applicant's EAD card;
5) Copy of Auto Insurance card and papers;
6) Copy of marital home Lease;
7) Copies of gas and electric bills;
8) Copy of car lease statement;
9) Copy of Chase credit card statements;
10) Family Photographs.

We hope that the enclosed documents will lead to a positive response for this application. Please feel free to contact me if you should have any questions regarding the foregoing at ██████████. Thank you for your consideration.



EXHIBIT 9

USCIS
August 20, 2007
Page 2 of 2

Very truly yours,

███████████
███████████
Attorney for ███████████

Enclosures