U.S. Department of Homeland Security
Washington, DC 20528

U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

FEB 2 1 2007



08 C 1247

JUDGE DOW
MAGISTRATE JUDGE COX



Ref: Binil Nambiyathu

Dear Vida Gosrisirikul:

Thank you for your correspondence dated October 23, 2006, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that his/her cases are under further review. All evidence submitted by him/her in support of the applications and/or petitions for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy that information may not be disclosed. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your constituent allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

Fairy D. White
Supervisory Program Specialist
Customer Assistance Office
U.S. Citizenship and Immigration Services



EXHIBIT
11