U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Binil Nambiyathu (A 96 781 056), et al.

v.

Michael Chertoff, et al.

Case Number:

08 C 1247

JUDGE DOW
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Binil Nambiyathu (A 96 781 056)

and

Marisol Nambiyathu

| NAME (Type or print) |
| --- |
| Rebecca M. Whiting |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rebecca M. Whiting |
| FIRM |
| AzulaySeiden Law Group |
| STREET ADDRESS |
| 205 N. Michigan Ave., 40th Floor |
| CITY/STATE/ZIP |
| Chicago/IL/60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6294076 | 312-832-9200 x 134 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐