## United States District Court for the Northern District of Illinois

Case Number: 08cv1247         Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons   _____
                                         (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __3-4-08__ as to __Michael Chertoff__
                                   (Date)

---