AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Binil Nambiyathu (A 96 781 056)
and
Marisol Nambiyathu

V.

Michael Chertoff, Secretary of U.S. Department
of Homeland Security, et al.

CASE NUMBER: **08 C 1247**

ASSIGNED JUDGE:

**JUDGE DOW
MAGISTRATE JUDGE COX**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL  60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AzulaySeiden Law Group
C/O: Rebecca M. Whiting
205 N. Michigan Ave., 40th Floor
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

**(By) DEPUTY CLERK**



March 3, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/5/2008 |
| NAME OF SERVER (PRINT) Rebecca M. Whiting | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail to United States Attorney 219 S. Dearborn St. 5th Fl. Chicago, IL 60604

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3·5·08
           Date        Signature of Server

AZULAYSEIDEN LAW GROUP
Address of Server
205 N. Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200
www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.