| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) [illegible]    C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney's Office<br>219 S. Dearborn Street<br>5th Floor<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer...)    7001 0360 0000 0309 9312 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT 1**