AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Binil Nambiyathu (A 96 781 056)
and
Marisol Nambiyathu

CASE NUMBER: 08 C 1247

V.

ASSIGNED JUDGE: Judge Dow

Michael Chertoff, Secretary of U.S. Department
of Homeland Security, et al.

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Cox

TO: (Name and address of Defendant)

Michael Chertoff
C/O: Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AzulaySeiden Law Group
C/O: Rebecca M. Whiting
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 4, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me [1] || DATE 3/5/2008 |
| NAME OF SERVER (PRINT) Rebecca M. Whiting || TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail to Office of General Counsel/ Michael Chertoff U.S. Dept of Homeland Security, Washington DC 20528

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3·5·08
            Date          *Signature of Server*

            **AS] AzulaySeiden Law Group**
            *Address of Server*
            205 N. Michigan Avenue
            40th Floor
            Chicago, Illinois 60601
            ph. 312.832.9200
            www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.