| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  MAR 17 200_ |
| 1. Article Addressed to:<br><br>Michael Chertoff<br>Office of General Counsel<br>US Dept of Homeland Security<br>Washington, D.C. 20528 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  7001 0360 0000 0309 9336<br>(Transfer from service label) | |

Stamp across form: SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 1