AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3/5/2008 |
| NAME OF SERVER (PRINT)  Rebecca M. Whiting | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail to USCIS District Director Donald Ferguson, 101 W. Congress Pkwy, Chicago, IL 60605

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-5-08
              Date            Signature of Server

205 N. Michigan Ave
40th Floor
Chicago, IL 60601

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.