

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 0360 0000 0309 9305**
Status: **Delivered**

Your item was delivered at 10:15 AM on March 11, 2008 in CHICAGO, IL 60605.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**EXHIBIT**

1