IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| Binil Nambiyathu ) | | |
| A 96 781 056 ) | | |
| ) | | |
| and ) | | |
| ) | | |
| Marisol Nambiyathu ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | No. | 08 CV 1247 |
| ) | | |
| Michael Chertoff, Secretary of ) | Judge Dow | |
| U.S. Department of Homeland Security; ) | Magistrate Judge Cox | |
| Donald Ferguson, U.S. Citizenship ) | | |
| & Immigration Service, Chicago District Director; ) | | |
| Michael B. Mukasey, U.S. Attorney General; ) | | |
| and the United States of America. ) | | |
| ) | | |
| Defendants. ) | | |

### MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS

NOW COME the Plaintiffs Binil and Marisol Nambiyathu (hereinafter "Binil" and "Marisol"), by and through his attorneys, the AzulaySeiden, Law Group, and request this Court to dismiss the pending action for the following reasons:

1. On February 29, 2008, Binil and Marisol filed a Complaint for Writ of Mandamus with this court alleging that Defendants had not conformed to their duty to compel action on Marisol's Petition for Alien Relative (hereinafter "Form I-130") and Binil's Application for Lawful Permanent Resident Status (hereinafter "Form I-485") which were properly filed with the United States Citizenship and Immigration Services ("USCIS").

2. Since that date, the USCIS has acted on the case by approving Marisol's Form I-130 on April 30, 2008 and Binil's Form I-485 on May 21, 2008. *See Exhibits 1 and 2.*

3. That the underlying reason for filing the Complaint for Writ of Mandamus is now moot.

WHEREFORE, Binil and Marisol request that the Complaint for Writ of Mandamus filed in this matter be dismissed.

    Respectfully submitted,

    s/REBECCA M. WHITING
    Rebecca M. Whiting
    Attorney for Plaintiff
    AzulaySeiden Law Group
    205 N. Michigan Ave., 40th Floor
    Chicago, IL  60601
    312.832.9200
    #6294076

NOTICE OF FILING & CERTIFICATE OF SERVICE

     PLEASE TAKE NOTICE that on June 26, 2008, Binil and Marisol filed with the District Court for the Northern District of Illinois their Motion to Dismiss. Service on the following was accomplished via electronic filing on June 26, 2008:

Preet Chahal, AUSA
Attorney for Defendants
Asst. United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

                                                      s/REBECCA M. WHITING
                                                      Rebecca M. Whiting
                                                      Attorney for Plaintiff
                                                      AzulaySeiden Law Group
                                                      205 N. Michigan Ave., 40th Floor
                                                      Chicago, IL 60601
                                                      312.832.9200
                                                      #6294076