**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I130  IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|---|
| MSC-06-216-16548 | | | |
| RECEIPT DATE | PRIORITY DATE | PETITIONER | |
| May 8, 2006 | | NAMBIYATHU, MARISOL | |
| NOTICE DATE | PAGE | BENEFICIARY | A096 781 056 |
| April 30, 2008 | 1 of 1 | NAMBIYATHU, BINIL | |

VIDA GOSRISIRIKUL
2303 W NORTH AVE
CHICAGO IL 60647

Notice Type: Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283



EXHIBIT 1

Form I