**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Binil Nambiyathu, et al.
                              Plaintiff,

v.                                              Case No.: 1:08–cv–01247
                                              Honorable Robert M. Dow Jr.

Michael Chertoff, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiff Binil Nambiyathu to dismiss [14] Complaint for Writ of Mandamus is granted and So Ordered. Status hearing date of 7/2/08 is stricken.Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.